JOSEPH H. EXTON AND FANNY P. EXTON, HIS WIFE, PLAINTIFFS IN ERROR, v. THE CENTRAL RAILROAD COMPANY, DEFENDANT IN ERROR.

Submitted March 27, 1899—Decided June 19, 1899.

On error to the Supreme Court.    For opinion of the Supreme Court, see 33 *Vroom* 7.

For the plaintiffs in error, *Paul A. Queen* and *H. Burdett Herr.*

For the defendant in error, *George H. Large.*

PER CURIAM.

The judgment in this case is affirmed upon the opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, COLLINS, DIXON, GARRISON, VAN SYCKEL, ADAMS, BOGERT, HENDRICKSON, NIXON, VREDENBURGH.    11.

*For reversal*—None.